W. M. (BULLY) McMULLEN v. THE STATE.

No. 9775.    Delivered October 14, 1925.

Manufacturing Intoxicating Liquor—No Statement of Facts or Bills of Exception.

The record is without a statement of facts or bills of exception, and no error appearing, the cause is affirmed.

Appeal from the District Court of Navarro County.    Tried below before the Hon. Hawkins Scarborough, Judge.

Appeal from a conviction of manufacturing intoxicating liquors; penalty, one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

LATTIMORE, Judge.—From a conviction in the district court of Navarro County for manufacturing intoxicating liquor, with punishment fixed at one year in the penitentiary, this appeal is taken.

The record is devoid of bills of exception and statement of facts. The indictment appears regular as does the charge of the court. Appellant pleaded guilty.

The judgment will be affirmed.

*Affirmed.*